IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

            Plaintiff,                          ORDER

     v.                                    05-CR-177-WMC-01

JAMES I. MONTROY,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to Fed.R.Crim.P. 36, the Order entered on January 20, 2011, revoking defendant's supervised release is amended to correct a clerical error. The hearing on the probation office's petition for judicial review of James I. Montroy's supervised release was held on January 20, 2011, not January 14, 2011.

In all other respects the Order remains as entered on January 20, 2011.

Entered this 2nd day of December, 2011.

                          BY THE COURT:

                        William M. Conley
                        U.S. District Judge